**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ANTHONY BRYAN McDANIEL,

    Plaintiff,

vs.                                        CASE NO. 5:10cv205/RS-CJK

CITY OF PORT ST. JOE; JOE
NUGENT, individually and in his official
capacity as Sheriff of Gulf County, Florida;
TROY SIMMONS; CHRIS SHEARER;
LARRY HIGHTOWER; JAKE RICHARDS;
RICKY TOLBERT; BOBBY PLAIR;
JEROME WILLIAMS; and JAMES JENSEN,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before me is the Mediation Report (Doc. 28). Pursuant to Local Rule 16.2(D), it is ordered:

    1.    This case is dismissed from the active docket of the court.

    2.    In the event that the settlement is not consummated, the court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

    3.    The clerk is directed to close the file of this case for administrative purposes, and upon the expiration of sixty days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on March 17, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**